USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

LARRY GANTT, JR.,

                Plaintiff,

-against-

MICHAEL FERRARA, et al.,
                Defendants.

-----------------------------------------------------------X

15 CIVIL 7661 (KMK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 12, 2020, Henderson's Motion for Summary Judgment is granted, and Plaintiff's one remaining claim and this action is dismissed; judgment is entered for the one remaining Defendant; accordingly, the case is closed.

**Dated:** New York, New York
         March 12, 2020

                                            **RUBY J. KRAJICK**
                                            Clerk of Court

                         **BY:**
                                            **Deputy Clerk**